IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GABRIEL HURTADO-CARIACO,<br><br>    Defendant. | 8:25CR 160<br><br>INDICTMENT<br>18 U.S.C. §§ 1114(a) & (a)(3)<br>18 U.S.C. §§ 111(a)(1) & (b)<br>18 U.S.C. § 111(a)(1) |

The Grand Jury charges that

## COUNT I

On or about June 18th, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did, with intent to kill, attempt to kill Victim 1, a special agent with the Department of Homeland Security, an officer and employee of the United States, while Victim 1 was engaged in and on account of the performance of her official duties.

All in violation of Title 18, United States Code, Sections 1114 and 1111.

## COUNT II

On or about June 18, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did voluntarily and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, namely VICTIM 1, a Homeland Security Investigations Special Agent, and caused physical contact and inflicted bodily injury while VICTIM 1 was engaged in the performance of her official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT III

On or about June 18, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did voluntarily and intentionally resist, oppose, impede, intimidate, or

interfere with an officer and employee of the United States, namely VICTIM 2, a Federal Bureau of Investigation Special Agent, while VICTIM 2 was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
LESLEY A. WOODS, TX Bar #24092092
UNITED STATES ATTORNEY