IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| United States of America, | ) | Case No. 8:25cr160 |
| Plaintiff, | ) | |
| | ) | **Unopposed motion to** |
| v. | ) | **continue trial** |
| | ) | |
| Gabriel Hurtado-Cariaco | ) | |
| Defendant. | ) | |

Defendant Gabriel Hurtado Cariaco moves to continue his trial, currently set for September 22, 2025, for 30 days.

The parties have conferred and discussed possible resolutions. The parties agree that continued negotiations could prove fruitful and, therefore, that a 30-day continuance would be in the best interests of both parties, as well as the interests of judicial economy. The parties have specifically discussed possible resolutions, but a proposed agreement has not yet been reduced to writing.

I have conferred with U.S. Attorney Lesley A. Woods and she does not object. I have also conferred with Mr. Hurtado Cariaco and he agrees with this motion.

WHEREFORE, Gabriel Hurtado Cariaco asks this Court to continue his trial for 30 days.

By: /s/ Richard H. McWilliams
**Acting Federal Public Defender**
222 South 15th Street, Ste. 300N
Omaha, NE 68102
(402) 221-7896
Rich_mcwilliams@fd.org