IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | Case No. 8:25cr160 |
| Plaintiff, | ) | |
| | ) | **Unopposed motion to** |
| v. | ) | **continue trial** |
| | ) | |
| Gabriel Hurtado-Cariaco | ) | |
| Defendant. | ) | |

Defendant Gabriel Hurtado Cariaco moves to continue his trial, currently set for November 3, 2025, for 30 days.

The parties have conferred and discussed possible resolutions. A proposed agreement was submitted by the government and reviewed by the defense. Some changes were recommended and some additional discovery requested. The United States Attorney is addressing those proposals currently and has expressed that an amended agreement is coming. The parties agree that a 30-day continuance is in the best interests of both parties and judicial economy.

I have conferred with U.S. Attorney Lesley A. Woods and she does not object. I have also conferred with Mr. Hurtado Cariaco and he agrees with this motion.

WHEREFORE, Gabriel Hurtado Cariaco asks this Court to continue his trial for 30 days.

By:	/s/ Richard H. McWilliams
**Acting Federal Public Defender**
222 South 15th Street, Ste. 300N
Omaha, NE 68102
(402) 221-7896
Rich_mcwilliams@fd.org