IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 NOV 18  PM 1:31

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GABRIEL HURTADO-CARIACO,<br><br>　　　　　Defendant. | 8:25CR160<br><br>SUPERSEDING INDICTMENT<br>18 U.S.C. § 2339B<br>18 U.S.C. §§ 111(a)(1) & (b)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1326(a) |

The Grand Jury charges that:

### COUNT I – Material Support to Tren De Aragua

Between on or about February 20, 2025 and on or about June 18, 2025, in the District of Nebraska and elsewhere, the defendant, GABRIEL HURTADO-CARIACO, did knowingly attempt to provide and did provide material support and resources, to wit, himself as personnel and by assaulting a federal officer, to a foreign terrorist organization, that is Tren De Aragua, a/k/a "TdA", knowing that the organization and that the organization had engaged in and was engaging in terrorist activity and terrorism, and the offense occurred in whole or in part within the United States.

All in violation of Section 2339B of Title 18 of the United States Code.

### COUNT II – Assaulting and Resisting a Federal Officer with Infliction of Bodily Injury

On or about June 18, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did voluntarily and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, namely

1

VICTIM 1, a Homeland Security Investigations Special Agent, and caused physical contact and inflicted bodily injury while VICTIM 1 was engaged in the performance of her official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT III – Resisting a Federal Officer

On or about June 18, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did voluntarily and intentionally resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, namely VICTIM 1, a Federal Bureau of Investigation Special Agent, while VICTIM 1 was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

### COUNT IV – Resisting a Federal Officer

On or about June 18, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did voluntarily and intentionally resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, namely VICTIM 2, a Federal Bureau of Investigation Special Agent, while VICTIM 2 was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
LESLEY A. WOODS, TX Bar #24092092
UNITED STATES ATTORNEY