IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL HURTADO-CARIACO,<br><br>Defendant | 8:25CR160<br><br>NOTICE: SUMMARY FOR SUPERSEDING INDICTMENT |

COMES NOW Plaintiff, United States of America, by and through the undersigned United States Attorney, and pursuant to local Rule of Criminal Procedure 7.2 provides this summary:

1. Count I alleges material support in violation of Title 18, United States Code, Section 2339B.
2. Count II remains the same.
3. Count III alleges forcible resistance and assault with physical contact with Victim 1.
4. Count IV was formerly Count III and alleges forcible resistance with physical contact with Victim 2.

    UNITED STATES OF AMERICA,
    Plaintiff

    LESLEY A. WOODS
    United States Attorney
    District of Nebraska

    s/ Lesley A. Woods
    LESLEY A. WOODS, TX Bar #24092092
    United States Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE  68102-1506
    Tel: (402) 661-3700
    Fax: (402) 661-3084
    E-mail: Lesley.Woods@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                                              s/ Lesley A. Woods
                                                                              United States Attorney