# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL HURTADO-CARIACO,<br><br>Defendant. | 8:25CR160<br><br>MOTION TO EXTEND THE TIME TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNTS I, II, III, AND IV |

COMES NOW the United States of America, by and through the United States Attorney, and respectfully requests that the Court extend the time to file the government's response to defendant's Motion to Dismiss Counts I, II, III, and IV (Filing No. 55) from January 22, 2026, to February 12, 2026.  In support of this request the United States offers the following:

1.    The government needs additional time to draft its response as the undersigned anticipates the death of a family member in the next seven days. The undersigned will need to time assist with funeral preparations and other related family matters.

2.    Attorney for Defendant does not object to this request for an extension.

WHEREFORE, the United States respectfully requests that the time to file the government's response to defendant's motion be extended to February 12, 2026.

UNITED STATES OF AMERICA


LESLEY A. WOODS
United States Attorney
District of Nebraska

s/ Lesley A. Woods
LESLEY A. WOODS, TX Bar #24092092
United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail: Lesley.Woods@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.


s/ Lesley A. Woods
Assistant U.S. Attorney