IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL HURTADO-CARIACO,<br><br>Defendant. | 8:25CR160<br><br>ORDER |

**WEBEX CASE CONFERENCE INSTRUCTIONS**

**IT IS ORDERED:**

1. The telephone conference with counsel regarding the Motion to Dismiss Counts (Filing No. 55) will be held on **February 11, 2026**, **at 4:00 p.m.,** before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

   Dial 1-855-244-8681

   Enter the access code **2304 835 1262**, then hit the # key.

Dated this 11th day of February, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge